In the Matter of the Application of Fanny Brice, Appellant, for an Order to Substitute Attorneys in the Place and Stead of Charles H. Studin, as Attorney for Said Fanny Brice. (Actions 1 and 2.) In the Matter of the Application of Billy Rose, Appellant, for an Order to Substitute Attorneys in the Place and

Stead of CHARLES H. STUDIN as Attorney for Said BILLY ROSE.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.